JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARTINEZ,<br><br>    Plaintiff,<br><br>v.<br><br>VAHE ASHKARIAN; CHRISTINE ASHKARIAN; MANAS BOUJIKIAN; DONALEE BOUJIKIAN; J. I. INVESTMENTS, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:15-CV-00513 PA(MRWX)<br><br>**ORDER** |

## ORDER

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: July 16, 2015

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT COURT JUDGE

1

~~Joint Stipulation for Dismissal~~  Case: 2:15-CV-00513 PA(MRWX)